IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-00009-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ANTONIO WILLIAMS | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 26, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), based upon the defendant's plea agreement whereby the defendant agreed to the forfeiture of the property listed in the January 15, 2019 Criminal Indictment, to wit:

- Smith and Wesson pistol (serial number TAL8095).

- Any and all related ammunition, and

- $7,276.00 in U.S. Currency seized from the WILLIAMS, 213 Sunn Aire Court Apartment B or his vehicles on October 26, 2018;

AND WHEREAS, the Government has advised the Court that it will not continue its efforts to pursue forfeiture as to the $7,276.00 in U.S. Currency in this criminal forfeiture action;

AND WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the remaining property forfeited is worth less than $1,000. In addition, as no other potential claimants are known, no direct notice need be provided.

It is HEREBY ORDERED, ADJUDGED and DECREED that the remaining property, the subject firearm and ammunition listed in the August 26, 2019 Preliminary Order of

Forfeiture, are hereby forfeited to the United States.  The United States Department of Justice is directed to dispose of the property according to law, including destruction.

This 15 June 2020.

                                                _____
                                                   W. Earl Britt
                                                   Senior U.S. District Judge